UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6909

BERNARDO FIGUEROA,

Plaintiff - Appellant,

versus

LIEUTENANT GRANT, Sussex I State Prison; G.
COOK, Sussex I State Prison,

Defendants - Appellees,

and

GENE M. JOHNSON, Director, Virginia Department
of Corrections,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (CA-03-609)

Submitted:  August 12, 2004          Decided:  August 19, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernardo Figueroa, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernardo Figueroa appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Figueroa v. Grant</u>, No. CA-03-609 (E.D. Va. May 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>